UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SILVIA BEVILACQUA, | Case No. 2:22-CV-1925 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| UNITED HEALTHCARE SERVICES, INC., et al., | |
| Defendant(s). | |

Presently before the court is the defendant United Healthcare Services Inc.'s motion to dismiss plaintiff Sylvia Bevilacqua's complaint. (ECF No. 24). Plaintiff has not filed a response, and the time to do so has now passed.

Plaintiff is a physician allegedly employed by defendant. According to plaintiff, for roughly three years, she experienced discrimination on the basis of her sex. *See* (ECF No. 1-1).

Pursuant to District of Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion ... constitutes a consent to the granting of the motion." LR 7-2(d); *see Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

However, the court will not automatically grant every unopposed motion. First, the court must weigh the following factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions." *Ghazali*, 46 F.3d at 53.

**James C. Mahan**
**U.S. District Judge**

Case 2:22-cv-01925-JCM-VCF   Document 25   Filed 06/02/23   Page 2 of 2

Having considered defendant's motion and plaintiff's amended complaint in light of the *Ghazali* factors, the court grants the motion. The first three factors—the public's interest in expeditiously resolving this litigation, the court's interest in managing the docket, and the risk of prejudice to defendants—all weigh in favor of dismissal. *See id.*; *Anderson v. Air West*, 542 F.2d 522, 524 (9th Cir. 1976) (holding that a presumption of injury arises from the occurrence of unreasonable delay). Therefore, dismissal is appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (ECF No. 24) be, and the same hereby is, GRANTED. The clerk is instructed to close this case.

DATED June 2, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

<mark>- 2 -</mark>